

**IT IS ORDERED as set forth below:**

**Date: October 29, 2020**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**Setara Begum Shetu,**<br>　　Debtor. | **CHAPTER 7**<br>**CASE NO.: 20-61930-pmb** |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| **WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR DEEPHAVEN RESIDENTIAL MORTGAGE TRUST 2017-2,**<br>　　　　　　　　　　Movant,<br>v.<br><br>**Setara Begum Shetu,**<br>　　Debtor,<br>**Michael J. Bargar,**<br>　　Trustee,<br><br>　　　　　　　Respondents. | **CONTESTED MATTER** |

## ORDER GRATING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Movant filed a Motion for Relief from Stay on June 23, 2020 (Doc. No. 26)(the "Motion") and an amended Notice of Hearing setting the Motion for a hearing on July 27, 2020 (Doc. No. 28), which was rescheduled to October 19, 2020 regarding Debtor's real estate located at 2828 Grey Moss Pass, Duluth, GA 30097 (the "Property") and contends service of the Motion and notice was proper upon Respondents.  As no opposition was filed or advocated at the call of the calendar, it is hereby

ORDERED that the 11 U.S.C. § 362(a) is modified for Movant herein, its successors and assigns, regarding the real property commonly known as 2828 Grey Moss Pass, Duluth, GA 30097.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that the provisions of the Bankruptcy Rule 4001(a)(3) are waived.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholders properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

**[END OF DOCUMENT]**

Prepared by:

/s/ Tersugh Tivzenda_____
Tersugh Tivzenda
Attorney for Creditor
Georgia Bar # 749564
Robertson, Anschutz, Schneid & Crane LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA  30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: ttivzenda@rascrane.com

**DISTRIBUTION LIST**

Setara Begum Shetu
3320 Moye Trail
Duluth, GA 30097

Paul Reece Marr
Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Shawna Staton
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Robertson, Anschutz, Schneid & Crane LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA  30097