

**IT IS ORDERED as set forth below:**

**Date: April 9, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SETARA BEGUM SHETU | ) | CASE NO. 20-61930-PMB |
| DEBTOR. | ) | |

---

| | | |
|---|---|---|
| | ) | |
| NEWREZ LLC D/B/A SHELLPOINT | ) | |
| MORTGAGE SERVICING AS | ) | |
| SERVICER FOR WILMINGTON | ) | |
| SAVINGS FUND SOCIETY, FSB D/B/A | ) | |
| CHRISTIANA TRUST, NOT IN ITS | ) | |
| INDIVIDUAL CAPACITY BUT SOLELY | ) | |
| AS OWNER TRUSTEE FOR | ) | |
| DEEPHAVEN RESIDENTIAL | ) | |
| MORTGAGE TRUST 2017-2 | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| SETARA BEGUM SHETU | ) | |
| MICHAEL J. BARGAR, TRUSTEE | ) | |
| RESPONDENTS. | ) | |
| | ) | |

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

A *Motion for Relief from Automatic Stay* of 11 U.S.C. § 362 was filed March 10, 2021, by NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund

Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely as owner trustee for Deephaven Residential Mortgage Trust 2017-2 (the"Movant"), who contends it is the holder of a Security Deed encumbering Debtor's property known as 2828 Grey Moss Pass, Duluth, GA 30097 (the"Property") (Doc. No. 54). The Motion was scheduled to come before this Court for hearing April 5, 2021, upon Notice of Assignment of Hearing, which Movant contends was properly served to each party in interest. At the call of the calendar no opposition to the Motion was voiced; accordingly, it is hereby

**ORDERED** that the automatic stay of 11 U.S.C. § 362 is modified only to the extent necessary for Movant, its successors and assigns, servicers, agents and attorneys to commence foreclosure proceedings against the Property, pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the property. It is further

**ORDERED** that Rule 4001(a)(3) is waived and Movant may immediately proceed with foreclosure.

**[END OF DOCUMENT]**

Order prepared by:

/s/ Chad R. Simon
Chad R. Simon, Attorney for Movant
Georgia Bar No. 646919
Bonial & Associates
Post Office Box 80727
Atlanta, GA 30366

# DISTRIBUTION LIST

Setara Begum Shetu
3320 Moye Trail
Duluth, GA 30097

Paul Reece Marr
Paul Reece Marr, P.C.
Building 24, Suite 350
1640 Powers Ferry Road
Marietta, GA 30067

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363

Shawna Staton
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303