UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 20-61930-pmb |
| Setara Begum Shetu, | : | |
| Debtor. | : | CHAPTER 7 |
| | : | |
| | : | |

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Michael J. Bargar, the Chapter 7 Trustee in the above-referenced case, hereby withdraw the Trustee's Report of No Distribution filed electronically on October 26, 2020.

Respectfully submitted this 13th day of July, 2021.

By: */s/ Michael J. Bargar*

171 17th Street NW, Suite 2100
Atlanta, GA 30363
Phone: (404) 873-7030
michael.bargar@agg.com

Michael J. Bargar
Georgia Bar No. 645709

13655169v1

## CERTIFICATE OF SERVICE

This is to certify that on July 13, 2021, I, Michael J. Bargar, caused to be served true and correct copies of the forgoing *Withdrawal of Trustee's Report of No Distribution* by delivering copies of the same via United States first class mail, postage prepaid, to the following persons or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

This 13th day of July, 2021.

By: */s/ Michael J. Bargar*
    Michael J. Bargar
171 17th Street NW, Suite 2100    Georgia Bar No. 645709
Atlanta, GA 30363
Phone: (404) 873-7030
michael.bargar@agg.com

13655169v1